# IN THE SUPERIOR COURT
# OF GUAM

In the Matter of the Estate )

of )

MASATAKA MARUYAMA, )

Deceased. )

Probate Case No. PR0136-06

**Decision and Order**
Re: Motion for Reconsideration

## INTRODUCTION

This matter came before the Honorable Judge Michael J. Bordallo on June 1, 2012. Tricia Torres Candoleta, the prior Administratix of the above-captioned estate, was represented by Attorney Wayson W.S. Wong. Tamio S. Clark, Administrator of the above-captioned estate, was represented by Attorney Kevin J. Fowler. After considering the matter presented, the Court issues the following decision and order denying Mrs. Candoleta's motions for reconsideration.

## BACKGROUND

On March 30, 2012, the Court issued a decision and order denying Mrs. Candoleta's first motion for reconsideration. Mrs. Candoleta asked the Court to (1) set aside any and all findings, determinations and orders as to any fraud and/or embezzlement by Mrs. Candoleta in the court's August 18, 2009 order; (2) set aside the court's November 5, 2010 order assessing a penalty of $236,000.00 against Mrs. Candoleta; and (3) set aside the abstract of judgment issued by the Clerk of Court on February 14, 2011. Mrs. Candoleta again asks the Court to reconsider the above findings.

## DISCUSSION

In filing this second, successive "Motion for Reconsideration," Mrs. Candoleta has provided no authority for the proposition that multiple "Motions for Reconsideration" may be entertained, and the Court remains unconvinced that successive motions pursuant to either Rule 59(e) or Rule 60(b) are authorized under the Guam Rules of Civil Procedure.

Furthemore, the assertion of issues already addressed or the advancement of arguments which were otherwise available for presentation at the initial hearing may not be addressed under Rule 60(b). *Merchant v. Nanyo Realty*, 1998 Guam 26, ¶9. When a court has considered all arguments and a motion for reconsideration merely reiterates those arguments, no relief may be granted under Rule 60(b). Here, Mrs. Candoleta requests the Court to reconsider its previous decisions. The Court however notes that Mrs. Candoleta has not brought forward any arguments that were not available for presentation at the initial hearing or her first motion for reconsideration. The Court also notes that Mrs. Candoleta's arguments in her second motion for reconsideration, to a certain extent, reiterate her previous arguments. Therefore, the Court finds that Mrs. Candoleta is not entitled to reconsideration.

## CONCLUSION

Based on the foregoing, the court hereby DENIES Mrs. Candoleta's motions for reconsideration.

SO ORDERED, this 2 day of August 2012.

HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

Page 2 of 2

SERVICE VIA COURT BOX
I acknowledge that a copy of the original hereto was placed in the court box of:

Wayson Wong, Esq
Kevin Fowler, Esq

Date _____ Time _____

Deputy Clerk, Superior Court of Guam

I hereby certify that the foregoing original on file in the office of the clerk of the Superior Court of Guam.
Dated at Hagåtña, Guam

AUG 2012

Theresa M. Blas
Deputy Clerk, Superior Court of Guam

SERVICE VIA COURT BOX
I acknowledge that a copy of the original hereto was placed in the court box of

M. Smith, Esq

Date _____ Time _____

Deputy Clerk

ORIGINAL